# AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Case No.: 11CV3567 (LAK)<br>Dated: 6/8/2011 |

―――――――――――――――――――――――X

TUDOR INSURANCE COMPANY,

       Plaintiff,

- against -

FIRST ADVANTAGE LITIGATION CONSULTING, LLC,

       Defendant.
―――――――――――――――――――――――X

FIRST ADVANTAGE LITIGATION CONSULTING, LLC,

       Counter-Claimant and Cross-Complainant,

- against -

AMERICAN INTERNATIONAL SPECIALTY LINES
INSURANCE COMPANY, FEDERAL INSURANCE COMPANY,
TUDOR INSURANCE COMPANY and
ZURICH AMERICAN INSURANCE COMPANY,

       Counter-Claim Defendants.
―――――――――――――――――――――――X

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Friday, June 10, 2011, at 1:07 P.M. deponent **served** the within **Summons in a Civil Action, Answer and Counter-Claim and Demand for Jury Trial for First Advantage Litigation Consulting, LLC**

Upon:    **American International Specialty Lines Insurance Company**
Located at:    c/o Chartis, 175 Water Street, New York, New York 10038

### Corporate Service:

A corporation, by delivering there at a true copy of the aforesaid documents to **American International Specialty Lines Insurance Company, personally**, deponent knew said corporation so served to be the corporation described in said Summons in a Civil Action and Answer and Counter-Claim and Demand for Jury Trial for First Advantage Litigation Consulting, LLC and knew said individual to be **Robyn Wellerock** – Paralegal, Legal Department, thereof and she stated that she was authorized to accept service of process for **American International Specialty Lines Insurance Company**

Robyn Wellerock's Description: Caucasian, White Skin, Female, Brown Hair, 32 Years Old, 5'6" and 155 Lbs

                         Corey Guskin
                         License # 1094475

Sworn to before me this 10th day of June, 2011
Notary Public

Joan Guskin
Notary Public State of New York
No. 01GU623\_\_03
Qualified in Nassau County
Commission Expires \_\_/\_\_/20\_\_

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TUDOR INSURANCE COMPANY,<br><br>Plaintiff,<br>vs.<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>Defendant. | Case No. 11CV3567 (LAK)<br>(Electronically Filed) |
| FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>Counter-Claimant and Cross-Complainant,<br>vs.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, TUDOR INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY,<br><br>Counter-Claim Defendants | **SUMMONS IN A CIVIL ACTION** |

To:   AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY
      175 Water Street
      New York, New York 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    ANDERSON KILL & OLICK, P.C.
    1251 Avenue of the Americas
    New York, New York 10020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.   RUBY J. KRAJICK

CLERK OF COURT

Date: JUN 08 2011

Signature of Clerk or Deputy Clerk

NJDOCS-56566.1