# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Case No.: 11CV3567 (LAK)**
Dated: 6/8/2011

-------------------------------------------------------------------------X

**TUDOR INSURANCE COMPANY,**

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

Plaintiff,

- against -

**FIRST ADVANTAGE LITIGATION CONSULTING, LLC,**

Defendant.

-------------------------------------------------------------------------X

**FIRST ADVANTAGE LITIGATION CONSULTING, LLC,**

Counter-Claimant and Cross-Complainant,

- against -

**AMERICAN INTERNATIONAL SPECIALTY LINES
INSURANCE COMPANY, FEDERAL INSURANCE COMPANY,
TUDOR INSURANCE COMPANY and
ZURICH AMERICAN INSURANCE COMPANY,**

Counter-Claim Defendants.

-------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Friday, June 10, 2011, at 1:25 P.M. deponent **served** the within **Summons in a Civil Action, Answer and Counter-Claim and Demand for Jury Trial for First Advantage Litigation Consulting, LLC** and included a $40 fee

Upon: **Zurich American Insurance Company**
Located at: c/o State of New York, Insurance Department, Superintendent of Insurance, 25 Beaver Street, 4th Floor, New York, New York 10004

### Corporate Service:

A corporation, by delivering there at a true copy of the aforesaid documents to **Zurich American Insurance Company,** c/o State of New York, Insurance Department, Superintendent of Insurance, **personally**, deponent knew said corporation so served to be the corporation described in said Summons in a Civil Action and Answer and Counter-Claim and Demand for Jury Trial for First Advantage Litigation Consulting, LLC and knew said individual to be **Charlene E. Norris** – Administration, General Counsel's Office, thereof and she stated that she was authorized to accept service of process for **Zurich American Insurance Company**, c/o State of New York, Insurance Department, Superintendent of Insurance

Charlene E. Norris's Description: African-American, Black Skin, Female, Black Hair, 55 Years Old, 5'4", 135 Lbs

**Corey Guskin**          License # 1094475

Sworn to before me this 10th day of June, 2011
Notary Public

Joan Guskin
Notary Public State of New York
No. 01GU6290103
Qualified in Nassau County
Commission Expires Nov,1 20 14

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

TUDOR INSURANCE COMPANY,

        Plaintiff,

    vs.

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,

        Defendant.

Case No. 11CV3567 (LAK)
(Electronically Filed)

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,

        Counter-Claimant and Cross-
        Complainant,

    vs.

AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY, FEDERAL
INSURANCE COMPANY, TUDOR INSURANCE
COMPANY, ZURICH AMERICAN INSURANCE
COMPANY,

        Counter-Claim Defendants

**SUMMONS IN A CIVIL ACTION**

To:    ZURICH AMERICAN INSURANCE COMPANY
      1400 American Lane Tower 1  Floor 19
      Schaumburg, IL  60196-1056

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

           ANDERSON KILL & OLICK, P.C.
           1251 Avenue of the Americas
           New York, New York 10020

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

      You also must file your answer or motion with the court.

**RUBY J. KRAJICK**

*CLERK OF COURT*

**JUN 0 8 2011**

Date:

Signature of Clerk or Deputy Clerk