# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: 11CV3567 (LAK)
Dated: 6/8/2011

-----------------------------------------------------------------X

**TUDOR INSURANCE COMPANY,**

      Plaintiff,

- against -

**FIRST ADVANTAGE LITIGATION CONSULTING, LLC,**

      Defendant.

-----------------------------------------------------------------X

**FIRST ADVANTAGE LITIGATION CONSULTING, LLC,**

      Counter-Claimant and Cross-Complainant,

- against -

**AMERICAN INTERNATIONAL SPECIALTY LINES
INSURANCE COMPANY, FEDERAL INSURANCE COMPANY,
TUDOR INSURANCE COMPANY and
ZURICH AMERICAN INSURANCE COMPANY,**

      Counter-Claim Defendants.

-----------------------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Friday, June 10, 2011, at 1:25 P.M. deponent **served** the within **Summons in a Civil Action, Answer and Counter-Claim and Demand for Jury Trial for First Advantage Litigation Consulting, LLC** and included a $40 fee

Upon:      **Federal Insurance Company**
Located at:  c/o State of New York, Insurance Department, Superintendent of Insurance, 25 Beaver Street, 4th Floor, New York, New York 10004

### Corporate Service:

A corporation, by delivering there at a true copy of the aforesaid documents to **Federal Insurance Company,** c/o State of New York, Insurance Department, Superintendent of Insurance, **personally**, deponent knew said corporation so served to be the corporation described in said Summons in a Civil Action and Answer and Counter-Claim and Demand for Jury Trial for First Advantage Litigation Consulting, LLC and knew said individual to be **Charlene E. Norris** – Administration, General Counsel's Office, thereof and she stated that she was authorized to accept service of process for **Federal Insurance Company,** c/o State of New York, Insurance Department, Superintendent of Insurance

Charlene E. Norris's Description: African-American, Black Skin, Female, Black Hair, 55 Years Old, 5'4", 135 Lbs

Corey Guskin

License # 1094475

Sworn to before me this 10th day of June, 2011
Notary Public

Joan Guskin
Notary Public State of New York
No. [illegible]
Qualified in Nassau County
Commission Expires Nov, 1 2014

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TUDOR INSURANCE COMPANY,<br><br>          Plaintiff,<br>vs.<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>          Defendant. | Case No. 11CV3567 (LAK)<br>(Electronically Filed) |
| FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>          Counter-Claimant and Cross-Complainant,<br>vs.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, TUDOR INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY,<br><br>          Counter-Claim Defendants | SUMMONS IN A CIVIL ACTION |

To:   FEDERAL INSURANCE COMPANY,
      15 Mountainview Road
      Warren, New Jersey 07059-6711

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          ANDERSON KILL & OLICK, P.C.
          1251 Avenue of the Americas
          New York, New York 10020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

**JUN 0 8 2011**

Date:                                        RUBY J. KRAJICK

                                             CLERK OF COURT
                                             _____
                                             Signature of Clerk or Deputy Clerk

NYDOCS1-969424.1