UNITED STATES COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK

| | |
|---|---|
| TUDOR INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>Defendant. | Civil Action No.: 11 cv 3567 (LAK)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Ann M. Odelson, Esq. of Carroll, McNulty & Kull LLC, 570 Lexington Avenue, New York, New York 10022, hereby enters her appearance as counsel of record for Plaintiff, Tudor Insurance Company in the this matter. The Court and counsel are requested to serve Ann M. Odelson, Esq. of Carroll, McNulty & Kull LLC with all pleadings, correspondences and notices.

This Notice of Appearance shall be filed with the Clerk of the Court.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
   June 22, 2011

By:   s/ Ann M. Odelson
Ann M. Odelson  (#AO 9681)
**CARROLL MCNULTY & KULL LLC**
570 Lexington Avenue
New York, New York 10022
(212)252-0004
Attorneys for Plaintiff, Tudor Insurance Company

## Certificate of Service

      I hereby certify that on June 22, 2011, a true and correct copy was filed with the court through the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to those attorneys of record who have consented to accept this Notice as service of this document by electronic means, which include:

Edward J. Stein, Esq.
Anderson Kill & Olick, PC
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212-278-1000
***Attorneys for Defendant First Advantage Litigation Consulting, LLC***

Dated: New York, New York
       June 22, 2011

              By:    s/ Ann M. Odelson
                        Ann M. Odelson  (#AO 9681)
                        **CARROLL MCNULTY & KULL LLC**
                        570 Lexington Avenue
                        New York, New York 10022
                        (212)252-0004
                        Attorneys for Plaintiff, Tudor Insurance Company