UNITED STATES COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK

| | |
|---|---|
| TUDOR INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>Defendant. | Civil Action No.:  11 cv 3567 (LAK)<br>ECF Case |

### FRCP 7.1 CORPORATE DISCLOSURE STATEMENT
### OF PLAINTIFF TUDOR INSURANCE COMPANY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the plaintiff, Tudor Insurance Company ("Tudor"), certifies the following:

1.  Tudor is a wholly owned subsidiary of Western World Insurance Company, a private company.  Tudor is part of Western World Insurance Group, which consists of Western World Insurance Company, Tudor Insurance Company and Stratford Insurance Company.

2.  No publicly held corporation owns 10% or more of Tudor's stock.

                By: ___s/ Ann M. Odelson_____
                     Ann M. Odelson, Esq.
                     Fed. Bar #(AO9681)
                     **Carroll McNulty & Kull LLC**
                     570 Lexington Avenue, 8th Floor
                     New York, NY 10022
                     Telephone: 646-625-4000
                     Fax: 646-625-4044
                     E-Mail: aodelson@cmk.com
                     Attorneys for Plaintiff Tudor
                     Insurance Company

Dated: New York, New York
       June 30, 2011

## CERTIFICATION

     I certify that on June 30, 2011, a true and correct copy of the foregoing document was filed with the court through the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented to accept this Notice as service of this document by electronic means:

Edward J. Stein, Esq.
Anderson Kill & Olick, PC
1251 Avenue of the Americas
New York, NY  10020
Telephone: 212-278-1000
*Attorneys for Defendant First Advantage Litigation Consulting, LLC*


                                             By:  s/ Ann M. Odelson
                                                  Ann M. Odelson, Esq.
                                                  Fed. Bar #(AO9681)
                                                  **Carroll McNulty & Kull LLC**
                                                  570 Lexington Avenue, 8th Floor
                                                  New York, NY 10022
                                                  Telephone: 646-625-4000
                                                  Fax:  646-625-4044
                                                  E-Mail: aodelson@cmk.com
                                                  Attorneys for Plaintiff Tudor Insurance Company

Dated:  New York, New York
        June 30, 2011