UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TUDOR INSURANCE COMPANY,

                Plaintiff,

    vs.

FIRST ADVANTAGE LITIGATION CONSULTING, LLC,

                Defendant.
-----------------------------------------------------------------X

FIRST ADVANTAGE LITIGATION CONSULTING, LLC,

                Counter-claimant and
                Cross Complaint,

    vs.

AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, TUDOR INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY,

                Counter-claim Defendants.
-----------------------------------------------------------------X

Civil Action No.: 11 CIV 3567 (LAK)

**<u>NOTICE OF APPEARANCE</u>**

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case on behalf of defendant.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
          June 29, 2011

                                      _____
                                      Signature

                                      Judith F. Goodman        JG-7031
                                      Print Name               Bar Number

                                      Goodman & Jacobs LLP
                                      75 Broad Street, 30th Floor

Address

<u>New York</u>     <u>New York</u>     <u>10004</u>
City                State              Zip Code

<u>(212) 385-1191</u>              <u>(212) 385-1770</u>
Phone Number                 Fax Number

<u>jgoodman@goodmanjacobs.com</u>
E-Mail Address

C:\JFG\NUWAVE_NOTICE-OF-APPEARANCE

2