UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TUDOR INSURANCE COMPANY,

                Plaintiff,

      vs.

FIRST ADVANTAGE LITIGATION CONSULTING,
LLC,

                Defendant.
------------------------------------------------------------------X

FIRST ADVANTAGE LITIGATION CONSULTING,
LLC,

                Counter-claimant and
                Cross Complaint,

      vs.

AMERICAN INTERNATIONAL SPECIALTY LINES
INSURANCE COMPANY, FEDERAL INSURANCE
COMPANY, TUDOR INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,

                Counter-claim
                Defendants.
------------------------------------------------------------------X

Civil Action No.: 11 CIV 3567 (LAK)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case on behalf of defendant.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
       June 29, 2011

                                                                     _[signature]_
                                                                     Signature

                                                Thomas J. Cirone          TC1510
                                                Print Name               Bar Number

                                                Goodman & Jacobs LLP
                                                75 Broad Street, 30th Floor

Address

| New York | New York | 10004 |
|---|---|---|
| City | State | Zip Code |

<u>(212) 385-1191</u>         <u>(212) 385-1770</u>
Phone Number                Fax Number

<u>tcirone@goodmanjacobs.com</u>
E-Mail Address

H:\\TC\NUWAVE_NOTICE-OF-APPEARANCE_TJC

2