## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TUDOR INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>vs.<br><br>FIRST ADVANTAGE LITIGATION<br>CONSULTING, LLC,<br><br>     Defendant. | Case No. 11CV3567 (LAK)<br>(Electronically Filed)<br><br><br><br><br><br>**AFFIDAVIT OF SERVICE** |
| FIRST ADVANTAGE LITIGATION<br>CONSULTING, LLC,<br><br>     Counter-Claimant and Cross-<br>     Complainant,<br><br>vs.<br><br>AMERICAN INTERNATIONAL SPECIALTY<br>LINES INSURANCE COMPANY, FEDERAL<br>INSURANCE COMPANY, TUDOR<br>INSURANCE COMPANY, ZURICH<br>AMERICAN INSURANCE COMPANY,<br><br>     Counter-Claim Defendants | |

       DONALD FLYNN, being duly sworn, deposes and says: Deponent is not a party to the action, is over 18 years of age and is employed by Anderson Kill & Olick, P.C., 1251 Avenue of the Americas, New York, NY 10020.

       On the 27th day of June, 2011, deponent served an **ANSWER AND COUNTER-CLAIM AND DEMAND FOR JURY TRIAL FOR FIRST ADVANTAGE LITIGATION CONSULTING, LLC** upon:

             Carroll, McNulty & Kull
             570 Lexington Avenue
             New York, NY 10022

             Attention:  Ann Odelson

by causing a true copy to be enclosed in a first class post paid envelope properly addressed, and personally depositing it in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York. A copy was also sent to Ms. Odelson's email address: aodelson@cmk.com.

_____
Donald Flynn
(Lic. No. 0989929)

Sworn to before me on this
28th day of June, 2011

_____
Notary Public

**KATHLEEN M. O'NEILL**
**Notary Public, State of New York**
No. 01ON-4687093
Qualified in Nassau County
Certificate Filed in New York County
**Commission Expires September 30, 2013**