Kaplan, J



7/11/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TUDOR INSURANCE COMPANY,<br>             Plaintiff,<br><br>vs.<br><br>FIRST ADVANTAGE LITIGATION<br>CONSULTING, LLC,<br>             Defendant | Case No. 11CV3567 (LAK)<br>(Electronically Filed) |
| FIRST ADVANTAGE LITIGATION<br>CONSULTING, LLC,<br>             Counter-Claimant and<br>             Cross-Complainant,<br><br>vs.<br><br>AMERICAN INTERNATIONAL<br>SPECIALTY LINES INSURANCE<br>COMPANY, FEDERAL INSURANCE<br>COMPANY, TUDOR INSURANCE<br>COMPANY, and ZURICH AMERICAN<br>INSURANCE COMPANY,<br>             Counter-Claim<br>             Defendants | |

### STIPULATION AND [PROPOSED] ORDER

WHEREAS, the time for Counter-Claim Defendants American International Specialty Lines Insurance Company ("AISLIC"), Federal Insurance Company ("Federal"), and Zurich American Insurance Company ("Zurich") to answer, move or otherwise respond to Counter-Claimant First Advantage Litigation Consulting, LLC's ("First Advantage") Counter-Claim in the above-captioned action is July 1, 2011.

NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate and agree that, without waiver of any rights by any Party, the time for AISLIC,

Federal, and Zurich to answer, move, or otherwise respond to First Advantage's Counter-Claim is extended through and until July 29, 2011.

Dated:     June 29, 2011

ANDERSON KILL & OLICK, P.C.

By: _____
Edward J. Stein
estein@andersonkill.com
1251 Avenue of the Americas
New York, New York 10020
Tel. 212-278-1745

*Attorneys for Counter-Claimant and Cross Complainant First Advantage Litigation Consulting, LLC*

ALSTON & BIRD LLP

By: _____
Todd R. David
todd.david@alston.com
Alexander S. Lorenzo
alexander.lorenzo@alston.com
90 Park Avenue
New York, New York 10016
Tel.: 212-910-9400

*Attorneys for Counter-Claim Defendant American International Specialty Lines Insurance Company*

COUGHLIN DUFFY LLP

By: _____
Kevin T. Coughlin, Esq.
kcoughlin@coughlinduffy.com
88 Pine Street, 28th Floor
New York, New York 10005
Tel.: 212-483-0105

*Attorneys for Counter-Claim Defendant Zurich American Insurance Company*

GOODMAN & JACOBS LLP

By: _____
Judith F. Goodman
jgoodman@goodmanjacobs.com
75 Broad Street, 30th Floor
New York, New York 10004
Tel.: 212-385-1191

*Attorneys for Counter-Claim Defendant Federal Insurance Company*

SO ORDERED: July 11, 2011

_____

Federal, and Zurich to answer, move, or otherwise respond to First Advantage's Counter-Claim is extended through and until July 29, 2011.

Dated:     June 29, 2011

ANDERSON KILL & OLICK, P.C.

By:_____
    Edward J. Stein
    estein@andersonkill.com
    1251 Avenue of the Americas
    New York, New York 10020
    Tel. 212-278-1745

*Attorneys for Counter-Claimant and Cross Complainant First Advantage Litigation Consulting, LLC*

ALSTON & BIRD LLP

By_____
    Todd R. David
    todd.david@alston.com
    Alexander S. Lorenzo
    alexander.lorenzo@alston.com
    90 Park Avenue
    New York, New York 10016
    Tel.: 212-910-9400

*Attorneys for Counter-Claim Defendant American International Specialty Lines Insurance Company*

COUGHLIN DUFFY LLP

By:_____
    Kevin T. Coughlin, Esq.
    kcoughlin@coughlinduffy.com
    88 Pine Street, 28th Floor
    New York, New York 10005
    Tel.: 212-483-0105

*Attorneys for Counter-Claim Defendant Zurich American Insurance Company*

GOODMAN & JACOBS LLP

By:_____
    Judith F. Goodman
    jgoodman@goodmanjacobs.com
    75 Broad Street, 30th Floor
    New York, New York 10004
    Tel.: 212-385-1191

*Attorneys for Counter-Claim Defendant Federal Insurance Company*

SO ORDERED: June ___, 2011

_____

NYDOCS1-970602.2

Federal, and Zurich to answer, move, or otherwise respond to First Advantage's Counter-Claim is extended through and until July 29, 2011.

Dated:   June 29, 2011

| ANDERSON KILL & OLICK, P.C. | ALSTON & BIRD LLP |
|---|---|
| By:_____<br>Edward J. Stein<br>estein@andersonkill.com<br>1251 Avenue of the Americas<br>New York, New York  10020<br>Tel. 212-278-1745<br><br>*Attorneys for Counter-Claimant and Cross Complainant First Advantage Litigation Consulting, LLC* | By_____<br>Todd R. David<br>todd.david@alston.com<br>Alexander S. Lorenzo<br>alexander.lorenzo@alston.com<br>90 Park Avenue<br>New York, New York  10016<br>Tel.: 212-910-9400<br><br>*Attorneys for Counter-Claim Defendant American International Specialty Lines Insurance Company* |

COUGHLIN DUFFY LLP

By:_____
Kevin T. Coughlin, Esq.
kcoughlin@coughlinduffy.com
88 Pine Street, 28th Floor
New York, New York  10005
Tel.: 212-483-0105

*Attorneys for Counter-Claim Defendant Zurich American Insurance Company*

GOODMAN & JACOBS LLP

By:_____
Judith F. Goodman
jgoodman@goodmanjacobs.com
75 Broad Street, 30th Floor
New York, New York  10004
Tel.: 212-385-1191

*Attorneys for Counter-Claim Defendant Federal Insurance Company*

SO ORDERED: June ___, 2011

_____