UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x      11 Civ. 3567 (LAK)
TUDOR INSURANCE COMPANY,

                *Plaintiff,*      **NOTICE OF MOTION TO ADMIT MARGARET F. CATALANO PRO HAC VICE**

                v.

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,      Civil Action
                *Defendants.*
_____      ECF Case

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,

                *Counter-Claimant*
                *And Cross-Complainant*

     vs.

AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY, FEDERAL
INSURANCE COMPANY, TUDOR INSURANCE
COMPANY, ZURICH AMERICAN INSURANCE
COMPANY,

                *Counter-Claim*
                *Defendants.*
----------------------------------------------------------x

       PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Ann Odelson, Esq. a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

        Applicant's Name:   Margaret F. Catalano, Esq.

        Firm Name:   Carroll, McNulty & Kull LLC

        Address:   120 Mountain View Boulevard

|  |  |
|---|---|
|  | P.O. Box 650 |
| City/State/Zip: | Basking Ridge, New Jersey 07920 |
| Phone Number: | (908) 848-6300 |
| Fax Number: | (908) 848-6310 |

MARGARET F. CATALANO is a member in good standing of the Bar of the States of:

New Jersey
United States Court of Appeals for the Fourth Circuit

There are no pending disciplinary proceedings against MARGARET F. CATALANO in any State or Federal court.

Respectfully submitted,

Ann Odelson, Esq. (AO9681)
Carroll, McNulty & Kull LLC
570 Lexington Avenue, 8th Floor
New York, New York 10022
(646) 625-4000 (telephone)
(646) 625-4044 (fax)
email: aodelson@cmk.com

Dated: July 7, 2011
New York, New York

## CERTIFICATE OF SERVICE

The foregoing NOTICE OF MOTION TO ADMIT MARGARET F. CATALANO PRO HAC VICE was served on the following counsel of record on July 7, 2011 by regular mail via United States Postal Service:

Edward J. Stein, Esq.
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York  10020
Phone: (212) 278-1745
estein@andersonkill.com
**Attorneys for Counter-Claimant and Cross Complainant First Advantage Litigation Consulting, LLC**

Todd R. David, Esq.
Alexander S. Lorenzo
ALSTON & BIRD LLP
90 Park Avenue
New York, NY  10016
Phone: (212) 910-9400
todd.david@alston.com
alexander.lorenzo@alston.com
**Attorneys for Counter-Claim Defendant American International Specialty Lines Insurance Company**

Kevin T. Coughlin, Esq.
COUGHLIN DUFFY LLP
88 Pine Street, 28th Floor
New York, NY  10005
Phone: (212) 483-0105
kcoughlin@coughlinduffy.com
**Attorneys for Counter-Claim Defendant Zurich American Insurance Company**

Judith F. Goodman, Esq.
GOODMAN & JACOBS LLP
75 Broad Street, 30th Floor
New York, NY  10004
Phone: (212) 385-1191
jgoodman@goodmanjacobs.com
**Attorneys for Counter-Claim Defendant**

**Federal Insurance Company**

*[signature]*
Ann Odelson
Carroll, McNulty & Kull LLC
570 Lexington Avenue, 8th Floor
New York, New York 10022
(646) 625-4000 (telephone)
(646) 625-4044 (fax)
email: aodelson@cmk.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TUDOR INSURANCE COMPANY,

                *Plaintiff,*

      v.

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,

                *Defendants.*
_____

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,

                *Counter-Claimant*
                *And Cross-Complainant*

     vs.

AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY, FEDERAL
INSURANCE COMPANY, TUDOR INSURANCE
COMPANY, ZURICH AMERICAN INSURANCE
COMPANY,

                *Counter-Claim*
                *Defendants.*
------------------------------------------------------------x

11 Civ. 3567 (LAK)

Civil Action

ECF Case

**DECLARATION OF ANN
ODELSON IN SUPPORT OF
MOTION TO ADMIT
MARGARET F. CATALANO PRO
HAC VICE**

State of New York    )
                           ) ss:
County of New York  )

Ann Odelson, being duly sworn, hereby deposes and says as follows:

1. I am a Member at Carroll, McNulty & Kull LLC counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Margaret F. Catalano as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Ms. Catalano since February, 2001.

4. Ms. Catalano is a Member at Carroll, McNulty & Kull LLC in Basking Ridge, New Jersey.

5. I have found Ms. Catalano to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. A Certificate of Good Standing on behalf of Margaret F. Catalano for the State of New Jersey is attached hereto as Exhibit A.

7. A Certificate of Good Standing on behalf of Margaret F. Catalano for the United States Court of Appeals for the Fourth Circuit is attached hereto as Exhibit B.

8. Accordingly, I am please to move the admission of Margaret F. Catalano, pro hac vice.

9. I respectfully submit a proposed order granting the admission of Margaret F. Catalano, pro hac vice, which is attached hereto as Exhibit C.

WHEREFORE, it is respectfully requested that the motion to admit Margaret F. Catalano, pro hac vice, to represent Plaintiff in the above-captioned matter, be granted.

Respectfully submitted,

Ann Odelson, Esq. (AO9681)
Carroll, McNulty & Kull LLC
570 Lexington Avenue, 8th Floor
New York, New York 10022
(646) 625-4000 (telephone)
(646) 625-4044 (fax)
email: aodelson@cmk.com

Dated: July 7, 2011
New York, New York

# EXHIBIT A

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **MARGARET FLANNERY CATALANO** (No. **034321985**) was constituted and appointed an Attorney at Law of New Jersey on **December 23, 1985** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.

In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **1ST** day of **July**, 20 **11**.



Clerk of the Supreme Court

-453a-

# EXHIBIT B

# CERTIFICATE OF GOOD STANDING

I, Patricia S. Connor, Clerk of this Court, certify that _____ Margaret F. Catalano _____ was duly admitted to practice in this Court on _____ May 3, 2011 _____, and is in good standing in this Court.

Dated at Richmond, Virginia, on _____ July 1, 2011 _____.

Patricia S. Connor
CLERK

DEPUTY CLERK



# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   11 Civ. 3567 (LAK)
TUDOR INSURANCE COMPANY,

                *Plaintiff,*   **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE**

     v.

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,   Civil Action
                *Defendants.*

                ECF Case

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,

            *Counter-Claimant*
            *And Cross-Complainant*

    vs.

AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY, FEDERAL
INSURANCE COMPANY, TUDOR INSURANCE
COMPANY, ZURICH AMERICAN INSURANCE
COMPANY,

            *Counter-Claim*
            *Defendants.*
------------------------------------------------------------x

     Upon the motion of Ann Odelson, Esq., attorney for Plaintiff Tudor Insurance Company, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

|   |   |
|---|---|
| Applicant's Name: | Margaret F. Catalano, Esq. |
| Firm Name: | Carroll, McNulty & Kull L.L.C. |
| Address: | 120 Mountain View Boulevard P.O. Box 650 |
| City/State/Zip: | Basking Ridge, New Jersey 07920 |

Phone Number:   (908) 848-6300

Fax Number:    (908) 848-6310

is admitted to practice *pro hac vice* as counsel for Plaintiff Tudor Insurance Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro had vice* fee to the Clerk of the Court.

Dated: July __, 2011
New York, New York

_____
Lewis A. Kaplan, U.S.D.J.