SCANNED 

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TUDOR INSURANCE COMPANY,

                *Plaintiff,*

v.

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,
                *Defendants.*

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,

                *Counter-Claimant
And Cross-Complainant*

vs.

AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY, FEDERAL
INSURANCE COMPANY, TUDOR INSURANCE
COMPANY, ZURICH AMERICAN INSURANCE
COMPANY,

                *Counter-Claim
Defendants.*
------------------------------------------------------------x

11 Civ. 3567 (LAK)

**MEMO ENDORSE**

NOTICE OF MOTION TO ADMIT
MARGARET F. CATALANO PRO
HAC VICE

Civil Action

ECF Case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 7/19/11

DOC # 15

7/18/11
SO ORDERED:

_____
U.S.D.J.
Part I

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Margaret F. Catalano, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Tudor Insurance Company in the above-captioned action.

I am in good standing of the bar(s) of the state of New Jersey and in the United States Court of Appeals for the Fourth Circuit, and there are no pending disciplinary proceedings against me in any state or federal court.

| | |
|---|---|
| Applicant's Name: | Margaret F. Catalano, Esq. |
| Firm Name: | Carroll, McNulty & Kull LLC |
| Address: | 120 Mountain View Boulevard<br>P.O. Box 650 |
| City/State/Zip: | Basking Ridge, New Jersey 07920 |
| Phone Number: | (908) 848-6300 |
| Fax Number: | (908) 848-6310 |

                                              Respectfully submitted,

                                              */s/ Margaret F. Catalano*
                                              Margaret F. Catalano, Esq.
                                              Carroll, McNulty & Kull LLC
                                              120 Mountain View Boulevard
                                              Basking Ridge, New Jersey 07920
                                              (908) 848-1210
                                              (908) 848-6310 (fax)
                                              email: mcatalano@cmk.com

Dated: July 12, 2011