UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
TUDOR INSURANCE COMPANY, :
:
              Plaintiff, :
: Case No. 11-CV-3567 (LAK)
      vs. : (Electronically Filed)
:
FIRST ADVANTAGE LITIGATION CONSULTING, : **NOTICE OF APPEARANCE**
LLC, :
:
              Defendant. :
:
------------------------------------------------------------------X
:
FIRST ADVANTAGE LITIGATION :
CONSULTING, LLC, :
:
           Counter-Claimant and Cross- :
           Complainant, :
:
      vs. :
:
AMERICAN INTERNATIONAL SPECIALTY :
LINES INSURANCE COMPANY, *et al.*, :
:
           Counter-Claim Defendants. :
:
------------------------------------------------------------------X

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for:

Counter-Claim Defendant American International Specialty Lines Insurance Company.

I certify that I am admitted to practice in this Court.


Dated:  July 20, 2011

                                                          s/Todd R. David_____
                                                          Alston & Bird LLP
                                                          90 Park Avenue
                                                          New York, NY 10016
                                                          (212) 210-9400
                                                          todd.david@alston.com