UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
TUDOR INSURANCE COMPANY,                                          :
                                                                  :
                Plaintiff,                                      :
                                                                  :   Case No. 11-CV-3567 (LAK)
          vs.                                                  :   (Electronically Filed)
                                                                  :
FIRST ADVANTAGE LITIGATION CONSULTING,             :   **NOTICE OF APPEARANCE**
LLC,                                                              :
                                                                  :
                Defendant.                                       :
                                                                  :
------------------------------------------------------------------X
                                                                  :
FIRST ADVANTAGE LITIGATION                                        :
CONSULTING, LLC,                                                  :
                                                                  :
                Counter-Claimant and Cross-                     :
                Complainant,                                    :
                                                                  :
          vs.                                                  :
                                                                  :
AMERICAN INTERNATIONAL SPECIALTY                                  :
LINES INSURANCE COMPANY, *et al.*,                                :
                                                                  :
                Counter-Claim Defendants.                       :
                                                                  :
------------------------------------------------------------------X

To the Clerk of this court and all parties of record:

       Enter my appearance as counsel in this case for:

Counter-Claim Defendant American International Specialty Lines Insurance Company.

I certify that I am admitted to practice in this Court.


Dated:  July 20, 2011

                                                s/Alexander S. Lorenzo_____
                                                Alston & Bird LLP
                                                90 Park Avenue
                                                New York, NY 10016
                                                (212) 210-9400
                                                alexander.lorenzo@alston.com