ANDERSON KILL & OLICK, P.C.
EDWARD J. STEIN
JEFFREY E. GLEN
1251 Avenue of the Americas
New York, New York 10020
P: (212) 278-1000
F: (212) 278-1733

Attorneys for Defendant, Counter-Claimant,
and Cross-Complainant First Advantage
Litigation Consulting, LLC

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TUDOR INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>        Defendant | Case No. 11CV3567 (LAK)<br>(Electronically Filed) |
| FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>        Counter-Claimant and<br>        Cross-Complainant,<br><br>vs.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, TUDOR INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY,<br><br>        Counter-Claim<br>        Defendants | |

**FIRST ADVANTAGE LITIGATION CONSULTING, LLC'S
MOTION TO DISMISS, STAY, OR TRANSFER THIS ACTION**

Defendant, Counter-Claimant, and Cross-Complainant, First Advantage Litigation Consulting, LLC ("First Advantage"), hereby moves to dismiss, stay, or transfer this action. Specifically, First Advantage requests that the Court decline jurisdiction and dismiss or stay this action under 28 U.S.C. § 2201, or transfer this action to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1404(a). In support of this motion, First Advantage relies on the accompanying memorandum of law, declarations, and exhibits.

July 20, 2011

By: /s/ Edward J. Stein, Esq.
Edward J. Stein, Esq.
Jeffrey E. Glen, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
P: (212) 278-1000
F: (212) 278-1733

Attorneys for FIRST ADVANTAGE
LITIGATION CONSULTING, LLC