...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TUDOR INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>        Defendant<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>        Counter-Claimant and Cross-Complainant,<br><br>vs.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, TUDOR INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY,<br><br>        Counter-Claim Defendants | Case No. 11CV3567 (LAK)<br>(Electronically Filed) |

### DECLARATION OF EDWARD J. STEIN IN SUPPORT OF FIRST ADVANTAGE LITIGATION CONSULTING, LLC'S MOTION TO DISMISS, STAY, OR TRANSFER THIS ACTION

EDWARD J. STEIN, an attorney duly admitted to practice in the Court of the State of New York, hereby affirms under penalty of perjury that the facts contained in this Declaration are true:

        1.    I am a shareholder at the law firm of Anderson Kill and Olick, P.C., counsel for Defendant, Counter-Claimant, and Cross-Complainant First Advantage

Litigation Consulting, LLC ("First Advantage") in the above-captioned action. I submit this Declaration in support of First Advantage's Motion to Dismiss, Stay, or Transfer.

2. Attached hereto as Exhibit A is a true and correct copy of the Verified Complaint filed by Tudor Insurance Company in the action captioned Tudor Insurance Company v. First Advantage Litigation Consulting, LLC, No. 104944/11 (New York Supreme Court, New York County, dated April 26, 2011).

3. Attached hereto as Exhibit B is a true and correct copy of the Complaint filed by First Advantage Litigation Consulting, LLC in the action captioned First Advantage Litigation Consulting, LLC v. Am. Int'l Specialty Lines Ins. Co. (United States District Court for the District of New Jersey, dated July 20, 2011).

Dated:   New York, New York
         July 20, 2011

/s/ Edward J. Stein, Esq.
EDWARD J. STEIN, Esq.