UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TUDOR INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>    Defendant | Case No. 11CV3567 (LAK)<br>(Electronically Filed) |
| FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>    Counter-Claimant and<br>    Cross-Complainant,<br><br>vs.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, TUDOR INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Counter-Claim<br>    Defendants | **AFFIDAVIT OF SERVICE** |

Donald Flynn, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and is employed by Anderson Kill & Olick, P.C., 1251 Avenue of the Americas, New York, NY 10020.

On the 20th day of July, 2011, deponent served a true copy of a **First Advantage Litigation Consulting, LLC's Motion to Dismiss, Stay, or Transfer this Action, Declaration of Edward J. Stein in Support of First Advantage Litigation Consulting, LLC's Motion to Dismiss, Stay, or Transfer This Action with Exhibits, Declaration of Duke F. Wahlquist in Support of Defendant, Counter-Claimant, and Cross-Complainant First Advantage Litigation Consulting, LLC's Motion to Dismiss, Stay, or Transfer with Exhibits and First Advantage Litigation Consulting, LLC's Memorandum of Law in Support of its Motion to Dismiss, Stay, or Transfer This Action** upon:

NYDOCS1-971855.1

Alexander Seton Lorenzo
Alexander.olorenzo@alston.com

Ann Odelson
aodelson@cmk.com

Judith Feinberg Goodman
Jgoodman@goodmanjacobs.com

Thomas Joseph Cirone
tcirone@goodmanjacobs.com

Todd R. David
Todd.david@alston.com

by electronic filing using the Court's Electronic Court Filing System.

Also, on the 20th day of July, 2011, deponent served the aforementioned documents upon:

Margaret F. Catalano, Esq
Carroll, McNulty & Kull LLC
120 Mountain View Blvd.
Basking Ridge, NJ  07920

Kevin T. Coughlin, Esq.
Kevin MacGillvray, Esq.
Coughlin Duffy LLP
88 Pine Street, 28th Floor
New York, NY  10005

by causing true copies to be enclosed in a first class post paid envelope addressed at the addresses listed above, and causing them to be deposited in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

Donald Flynn
(Lic. No. 0989929)

Sworn to before me on this
20th day of July, 2011

Notary Public

Melina Olivieri
Notary Public, State of New York
NO. 01OL6212487
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires October 13, 2013
NYDOCS 1-974169.1