UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x    11 Civ. 3567 (LAK)
TUDOR INSURANCE COMPANY,

                *Plaintiff,*     **NOTICE OF MOTION TO ADMIT THOMAS A. JAMBOR PRO HAC VICE**

                v.

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,     Civil Action
                *Defendants.*
                                                                 ECF Case

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,

                *Counter-Claimant*
                *And Cross-Complainant*

                vs.

AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY, FEDERAL
INSURANCE COMPANY, TUDOR INSURANCE
COMPANY, ZURICH AMERICAN INSURANCE
COMPANY,

                *Counter-Claim*
                *Defendants.*
------------------------------------------------------------x

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Thomas A. Jambor, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff, Tudor Insurance Company in the above-captioned action.

I am in good standing of the bar(s) of the state of New Jersey, and there are no pending disciplinary proceedings against me in any state or federal court.

        Applicant's Name:    Thomas A. Jambor, Esq.

| | |
|---|---|
| Firm Name: | Carroll, McNulty & Kull LLC |
| Address: | 120 Mountain View Boulevard<br>P.O. Box 650 |
| City/State/Zip: | Basking Ridge, New Jersey 07920 |
| Phone Number: | (908) 848-6300 |
| Fax Number: | (908) 848-6310 |

Respectfully submitted,

*[signature]*

Thomas A. Jambor, Esq.
Carroll, McNulty & Kull LLC
120 Mountain View Boulevard
Basking Ridge, New Jersey 07920
(908) 848-1210
(908) 848-6310 (fax)
email: tjambor@cmk.com

Dated: July 19, 2011

# CERTIFICATE OF SERVICE

The foregoing NOTICE OF MOTION TO ADMIT THOMAS A. JAMBOR PRO HAC VICE was served on the following counsel on July 19, 2011 by regular mail via United States Postal Service:

Edward J. Stein, Esq.
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 278-1745
estein@andersonkill.com
**Attorneys for Counter-Claimant and
Cross Complainant First Advantage
Litigation Consulting, LLC**

Todd R. David, Esq.
Alexander S. Lorenzo
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 910-9400
todd.david@alston.com
alexander.lorenzo@alston.com
**Attorneys for Counter-Claim Defendant
American International Specialty Lines
Insurance Company**

Kevin T. Coughlin, Esq.
COUGHLIN DUFFY LLP
88 Pine Street, 28th Floor
New York, NY 10005
Phone: (212) 483-0105
kcoughlin@coughlinduffy.com
**Attorneys for Counter-Claim Defendant
Zurich American Insurance Company**

Judith F. Goodman, Esq.
GOODMAN & JACOBS LLP
75 Broad Street, 30th Floor
New York, NY 10004
Phone: (212) 385-1191
jgoodman@goodmanjacobs.com
**Attorneys for Counter-Claim Defendant**

**Federal Insurance Company**

_[signature]_
Thomas A. Jambor
Carroll, McNulty & Kull LLC
120 Mountain View Boulevard
Basking Ridge, New Jersey 07920
(908) 848-1210
(908) 848-6310 (fax)
email: tjambor@cmk.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x    11 Civ. 3567 (LAK)
TUDOR INSURANCE COMPANY,

                    *Plaintiff,*      **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE**

        v.

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,      Civil Action
                    *Defendants.*

    ECF Case

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,

                    *Counter-Claimant*
                    *And Cross-Complainant*

        vs.

AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY, FEDERAL
INSURANCE COMPANY, TUDOR INSURANCE
COMPANY, ZURICH AMERICAN INSURANCE
COMPANY,

                    *Counter-Claim*
                    *Defendants.*
-----------------------------------------------------------x

        The motion of Thomas A. Jambor, attorney for Plaintiff Tudor Insurance Company, for admission to practice Pro Hac Vice in the above captioned action is granted.

        Applicant has declared that he is a member in good standing of the bar of the State of New Jersey and that his contact information is as follows:

        Applicant's Name:    Thomas A. Jambor, Esq.

        Firm Name:    Carroll, McNulty & Kull LLC

        Address:    120 Mountain View Boulevard
                                P.O. Box 650

City/State/Zip:    Basking Ridge, New Jersey 07920

Phone Number:    (908) 848-6300

Fax Number:    (908) 848-6310

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Tudor Insurance Company in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If the action is assigned to the Electronic Case Filing (EFC) system, counsel shall immediately apply for an EFC password.

Dated: July __, 2011
New York, New York

_____
Lewis A. Kaplan, U.S.D.J.

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **THOMAS A JAMBOR**
(No. **019512009**) was constituted and appointed an Attorney at Law of New Jersey on **December 04, 2009** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **8TH** day of **July**, 20 **11**.

_____
Clerk of the Supreme Court

-453a-