UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kevin T. Coughlin, Esq.
COUGHLIN DUFFY LLP
88 Pine Street, 28th Floor
New York, New York 10005
(212) 483-0105
*Attorneys for Counterclaim Defendant,*
*Zurich American Insurance Company*

| | |
|---|---|
| TUDOR INSURANCE COMPANY, | Civil Action No.: 1:11-cv-03567 (LAK) |
| Plaintiff, | Hon. Lewis A. Kaplan, U.S.D.J. |
| v. | |
| FIRST ADVANTAGE LITIGATION CONSULTING, LLC, | *Civil Action* |
| Defendant. | |
| FIRST ADVANTAGE LITIGATION CONSULTING, LLC, | |
| Counterclaimant and Cross-Complainant, | |
| v. | **NOTICE OF APPEARANCE** |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, TUDOR INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY, | |
| Counterclaim Defendants. | *Document Filed Electronically* |

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for **Counterclaim Defendant, Zurich American Insurance Company.**

    I certify that I am admitted to practice in this Court.

Dated: July 22, 2011
                                      */s/ Kevin T. Coughlin* _____
                                      Kevin T. Coughlin, Esq.
                                      COUGHLIN DUFFY LLP
                                      350 Mount Kemble Avenue
                                      P.O. Box 1917
                                      Morristown, New Jersey 07962-1917
                                      (973) 267-0058
                                      (973) 267-6442 – Facsimile