UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

TUDOR INSURANCE COMPANY,

        Plaintiff,

-against-

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,

        Defendant.

-------------------------------------------------------------------X

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,

        Counter-Claimant and Cross-Complainant,

-against-

AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY, FEDERAL
INSURANCE COMPANY, TUDOR INSURANCE
COMPANY, ZURICH AMERICAN INSURANCE
COMPANY,

        Counter-Claim Defendants
-------------------------------------------------------------------X

Case No.
11 CV 3567 (LAK)

**FEDERAL INSURANCE COMPANY'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Federal Insurance Company (a private non-governmental corporate party) certifies that the following are the corporate parents of said party: Federal Insurance Company is wholly owned by the Chubb Corporation which is a publicly traded company.

Dated: New York, New York
        July 25, 2011

Respectfully submitted,

*/s/ Thomas J. Cirone*

Thomas J. Cirone, Esq.   (TC-1510)
Goodman & Jacobs LLP

1

>75 Broad Street - 30th Floor
>New York, New York 10004
>Phone: (212) 385-1191
>Fax: (212) 385-1770
>E-Mail: tcirone@goodmanjacobs.com
>***Attorneys for Counter-Claim Defendant***
>***Federal Insurance Company***