**MEMO ENDORSED**

**SCANNED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x    11 Civ. 3567 (LAK)
TUDOR INSURANCE COMPANY,

                *Plaintiff,*    NOTICE OF MOTION TO ADMIT
                                                                                  THOMAS A. JAMBOR PRO HAC
       v.    VICE

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,    Civil Action
                *Defendants.*    **DOC # 25**
                                                                                    ECF Case

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,

                *Counter-Claimant*
                *And Cross-Complainant*

      vs.

AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY, FEDERAL
INSURANCE COMPANY, TUDOR INSURANCE
COMPANY, ZURICH AMERICAN INSURANCE
COMPANY,

                *Counter-Claim*
                *Defendants.*
-----------------------------------------------------------x

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Thomas A. Jambor, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff, Tudor Insurance Company in the above-captioned action.

      I am in good standing of the bar(s) of the state of New Jersey, and there are no pending disciplinary proceedings against me in any state or federal court.

      Applicant's Name:    Thomas A. Jambor, Esq.

*Granted*

LEWIS A. KAPLAN 7/26/11

| | |
|---|---|
| Firm Name: | Carroll, McNulty & Kull LLC |
| Address: | 120 Mountain View Boulevard<br>P.O. Box 650 |
| City/State/Zip: | Basking Ridge, New Jersey 07920 |
| Phone Number: | (908) 848-6300 |
| Fax Number: | (908) 848-6310 |

Respectfully submitted,

Thomas A. Jambor, Esq.
Carroll, McNulty & Kull LLC
120 Mountain View Boulevard
Basking Ridge, New Jersey 07920
(908) 848-1210
(908) 848-6310 (fax)
email: tjambor@cmk.com

Dated: July 19, 2011