UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TUDOR INSURANCE COMPANY,

        Plaintiff,

vs.

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,

        Defendant.

------------------------------------------------------------X

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,

        Counter-Claimant and
        Cross-Complainant,

vs.

AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY, *et al.*,

        Counter-Claim Defendants.

------------------------------------------------------------X

Case No. 11-CV-3567 (LAK)
(Electronically Filed)

**COUNTER-CLAIM DEFENDANT AMERICAN INTERNATIONAL
SPECIALTY LINES INSURANCE COMPANY'S
<u>RULE 7.1 STATEMENT</u>**

- 2 -

Counter-Claim Defendant American International Specialty Lines Insurance Company n/k/a Chartis Specialty Insurance Company ("AISLIC"), through its undersigned counsel and pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.1.1, certifies the following information with regard to its corporate parents, subsidiaries, or affiliates.

AISLIC is owned seventy percent (70%) by National Union Fire Insurance Company of Pittsburgh, Pa., twenty percent (20%) by The Insurance Company of the State of Pennsylvania, and ten percent (10%) by Chartis Property Casualty Company. Each of these parent corporations is a direct, wholly owned (100%) subsidiary of Chartis U.S., Inc., which is a wholly owned (100%) subsidiary of Chartis, Inc., which is a wholly owned (100%) subsidiary of AIUH LLC, which is a wholly owned (100%) subsidiary of American International Group, Inc., which is a publicly held corporation. With the exception of the United States Department of the Treasury, no parent entity or publicly held entity owns ten percent (10%) or more of the stock of American International Group, Inc.

Dated:   New York, New York
         July 29, 2011

                    ALSTON & BIRD LLP

                    By: *[signature]*
                    Todd R. David
                    Alexander S. Lorenzo
                    90 Park Avenue
                    New York, New York 10016
                    (212) 210-9400

*Attorneys for Counter-Claim Defendant American International Specialty Lines Insurance Company n/k/a Chartis Specialty Insurance Company*