UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kevin T. Coughlin, Esq.
COUGHLIN DUFFY LLP
88 Pine Street, 28th Floor
New York, New York 10005
(212) 483-0105
*Attorneys for Counterclaim Defendant,*
*Zurich American Insurance Company*

| | |
|---|---|
| TUDOR INSURANCE COMPANY,<br><br>        Plaintiff,<br>v.<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>        Defendant. | Civil Action No.: 1:11-cv-03567 (LAK)<br><br>Hon. Lewis A. Kaplan, U.S.D.J.<br><br>*Civil Action* |
| FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>        Counterclaimant and Cross-Complainant,<br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, TUDOR INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY,<br><br>        Counterclaim Defendants. | **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>*Document Filed Electronically* |

      Pursuant to Fed. R. Civ. P. 7.1(a), Coughlin Duffy LLP, attorneys for Counterclaim Defendant, Zurich American Insurance Company, provide the following Corporate Disclosure Statement:

354395-1                                                                 1

1. Zurich American Insurance Company, a New York corporation, is not publicly traded.

2. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is 99.8711% owned directly by Zurich Insurance Company Ltd, a Swiss corporation, with the remaining shares indirectly owned by Zurich Insurance Company Ltd. Zurich Insurance Company Ltd is directly owned by Zurich Financial Services Ltd, a Swiss corporation. Zurich Financial Services Ltd is the only publicly traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

By: /s/ Kevin T. Coughlin
Kevin T. Coughlin
COUGHLIN DUFFY LLP
88 Pine Street, 28th Floor
New York, New York 10005
(212) 483-0105
*Attorneys for Counterclaim Defendant,
Zurich American Insurance Company*

Dated: July 29, 2011

354395-1                                       2