

**GOODMAN & JACOBS LLP**
75 BROAD STREET - 30TH FLOOR
NEW YORK, NEW YORK 10004
----------
(212) 385-1191
FAX: (212) 385-1770 (not for service)

August 1, 2011

**BY HAND**

The Honorable Lewis A. Kaplan
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: Tudor Insurance Company v. First Advantage Litigation Consulting, LLC v. American International Specialty Lines Insurance Company et. al.
11 Civ. 3567 (LAK)

Dear Judge Kaplan:

We represent the Counterclaim Defendant Federal Insurance Company ("Federal") in the above-captioned action, and I respectfully submit this letter to request an extension of Federal's time to answer the cross-claims of Plaintiff-Counterclaim Defendant Tudor Insurance Company ("Tudor") to August 19, 2011. Federal's Answer would otherwise be due on August 8, 2011. This is Federal's first request for an extension of its time to answer the cross-claims. (The Court previously extended the time of the Counterclaim Defendants to Answer the Counterclaims). Counsel for Tudor, Margaret F. Catalano, Esq. of the law firm of Carroll, McNulty & Kull LLC, informed me that she consents to this extension.

We respectfully request that the Court extend Federal's time to answer Tudor's cross-claims to August 19, 2011.

Respectfully submitted

Thomas J. Cirone (TC1510)

cc: All Counsel (by email)

First Advantage.Kaplan.81

The request is granted.
SO **ORDERED:**

8/2/11
U.S.D.J.
Part I