# COUGHLIN DUFFY LLP

ATTORNEYS AT LAW

350 Mount Kemble Avenue, P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442
www.coughlinduffy.com

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105

KEVIN T. COUGHLIN
DIRECT DIAL: (973) 631-6001
EMAIL: kcoughlin@coughlinduffy.com

August 3, 2011

*VIA ELECTRONIC FILING AND HAND DELIVERY*
Hon. Lewis A. Kaplan, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

  Re: ***Tudor Insurance Co. v. First Advantage Litigation Consulting LLC v. Zurich American Insurance Co. et al.***
     **Civil Action No.: 1:11-cv-03567 (LAK)**
     **CD File No.: Z0021-00920**

Dear Judge Kaplan:

  We represent Counterclaim Defendant, Zurich American Insurance Company ("Zurich American"), in the above-referenced matter. We write in reference to the Motion to Dismiss, Transfer or Stay filed by Defendant/Counterclaimant, First Advantage Litigation Consulting, LLC ("First Advantage"), which was filed on July 20, 2011. Zurich American takes no position with respect to the merits of the motion and the requested relief.

  Zurich American takes issue, however, with First Advantage's characterization of Zurich American's relationship to the State of New York. Zurich American is a New York corporation with a statutory home office located at One Liberty Plaza, 165 Broadway, 32nd Floor, New York, New York. Thus, although Zurich American's

366453

COUGHLIN DUFFY LLP

August 3, 2011
Page 2

principal place of business is located in Schaumburg, Illinois, its presence in New York should not be understated.

Additionally, Zurich American notes that First Advantage argues in its motion that New Jersey law should apply to the interpretation of the insurance policies issued by Plaintiff/Counterclaim Defendant, Tudor Insurance Company. Zurich American respectfully advises the Court that the issue of which state's law applies to the interpretation of the Zurich American policies is not currently before the Court, and Zurich American reserves its rights with respect to any choice of law issues regarding the Zurich American policies.

We appreciate Your Honor's consideration of this submission.

Respectfully submitted,

COUGHLIN DUFFY LLP

/s/ Kevin T. Coughlin

Kevin T. Coughlin

cc: All Counsel of Record (Via Electronic Filing)