UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TUDOR INSURANCE COMPANY,

                    Plaintiff,

        -against-

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,

                 Defendant.

------------------------------------------------------------------X

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,

                    Counter-Claimant and Cross-
                    Complainant,

        -against-

AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY, FEDERAL
INSURANCE COMPANY, TUDOR INSURANCE
COMPANY, ZURICH AMERICAN INSURANCE
COMPANY,

                    Counter-Claim Defendants

------------------------------------------------------------------X

Case No.
11 CV 3567 (LAK)

**DECLARATION IN
OPPOSITION TO
MOTION TO DISMISS
AND CHANGE VENUE**

     Thomas J. Cirone, an attorney admitted to practice before this Court, declares as

follows under penalty or perjury:

     1.       I am a partner of Goodman & Jacobs LLP, attorneys for Counter-Claim

Defendant Federal Insurance Company ("Federal"). I make this Declaration based on my

personal knowledge of these proceedings and upon information and belief the sources of

which include my review of the exhibits annexed hereto. I respectfully submit this

Declaration in opposition to Defendant-Counter-Claimant-Cross- Complainant First

Advantage Litigation Consulting, LLC's ("First Advantage") motion to dismiss, stay or

transfer venue.


2.     Annexed as Exhibit A is a true and accurate copy of First Advantage's

Answer and Counter-Claim.


3.     On July 13, 2011, counsel for all parties participated in a Rule 26(f)

conference call.


4.     Annexed as Exhibit B is a true and accurate copy of Federal's Answer

which was filed on July 25, 2011.


5.     Plaintiff-Counter-Claim Defendant Tudor Insurance Company filed its

Answer on July 18 and Counter-Claim Defendants American International Specialty

Lines Insurance Company and Zurich American Insurance Company filed their Answers

on July 29, 2011.


6.     Annexed as Exhibit C are, collectively, true and accurate copies of the

declarations pages of the Chubb Commercial Excess And Umbrella Insurance policies

that Federal issued to First American Corporation for the policy periods April 19, 2002 to

April 19, 2003, April 19, 2003 to April 19, 2004, April 19, 2004 to April 19, 2005 and

April 19, 2005 to April 19, 2006.  See, supra, Exh. B, ¶ 20.

7.      Annexed as Exhibit D are, collectively, true and accurate copies of the First Amended Complaint and the Answer of First American Corporation in the action entitled <u>Tonya M. Anderson v. First American Corporation et al</u>, Civil Action No. 3:04-CV-1884-M, which was venued in the United States District Court for the Northern District of Texas.

Dated: New York, New York
       August 3, 2011

_____
Thomas J. Cirone (TC 1510)

First.Advantage.Dec.Opp.Venue

Index No.   11 CV 3567 (LAK)                    Year

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

TUDOR INSURANCE COMPANY,

                                                Plaintiff,

        -against-

FIRST ADVANTAGE LITIGATION CONSULTING, LLC,

                                                Defendant.
----------------------------------------------------------------------X

FIRST ADVANTAGE LITIGATION CONSULTING, LLC,

                                                Counter-Claimant and
                                                Cross-Complainant,

        -against-

AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,
FEDERAL INSURANCE COMPANY, TUDOR INSURANCE COMPANY, ZURICH
AMERICAN INSURANCE COMPANY,

                                                Counter-Claim Defendants.
----------------------------------------------------------------------X


## DECLARATION IN OPPOSITION TO MOTION
## TO DISMISS AND CHANGE VENUE


Signature (Rule 130-1.1-a)
_____

Print Name Beneath

GOODMAN & JACOBS LLP

*Attorneys for*   Defendant Federal Insurance Company

*Office and Post Office Address, Telephone*
75 BROAD STREET - 30TH FLOOR
NEW YORK, N.Y. 10004
(212) 385-1191


To


Attorney(s) for


Service of a copy of the within                        is hereby admitted.

Dated,


...................................................................................

                                                Attorney(s) for


Sir: — Please take notice

☐ NOTICE OF ENTRY
that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on
☐ NOTICE OF SETTLEMENT
that an order                         of which the within is a true copy will be presented for
settlement to the Hon.                                        one of the judges
of the within named court, at
on                         at                  M.

Dated,


                                                Yours, etc.

                                                GOODMAN & JACOBS LLP
                                                *Attorneys for*

                                                *Office and Post Office Address*

                                                75 BROAD STREET

To                                              NEW YORK, N.Y. 10004

Attorney(s) for