ORIGINAL

ANDERSON KILL & OLICK, P.C.
EDWARD J. STEIN
JEFFREY E. GLEN
1251 Avenue of the Americas
New York, New York 10020
P: (212) 278-1000
F: (212) 278-1733

Attorneys for Defendant, Counter-Claimant,
and Cross-Complainant First Advantage
Litigation Consulting, LLC

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TUDOR INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>vs.<br><br>FIRST ADVANTAGE LITIGATION<br>CONSULTING, LLC,<br><br>      Defendant | Case No. 11CV3567 (LAK)<br>(Electronically Filed)<br><br>**NOTICE OF MOTION TO ADMIT<br>DUKE F. WAHLQUIST<br>PRO HAC VICE** |
| FIRST ADVANTAGE LITIGATION<br>CONSULTING, LLC,<br><br>      Counter-Claimant and<br>      Cross-Complainant,<br><br>vs.<br><br>AMERICAN INTERNATIONAL<br>SPECIALTY LINES INSURANCE<br>COMPANY, FEDERAL INSURANCE<br>COMPANY, TUDOR INSURANCE<br>COMPANY, and ZURICH AMERICAN<br>INSURANCE COMPANY,<br><br>      Counter-Claim<br>      Defendants |  |

PLEASE TAKE NOTICE that upon the accompanying Declaration of

Edward J. Stein, attorney for Defendant, Counter-Claimant, and Cross-Complainant

First Advantage Litigation Consulting, LLC ("First Advantage"), First Advantage will

move this Court before the Honorable Lewis A. Kaplan, at the United States

Courthouse, 500 Pearl Street, New York, NY 10007 at a time and date to be set by the

Court or as soon thereafter as counsel can be heard, for an Order pursuant to Local

Civil Rule 1.3(c) of the Rules of the United States District Courts for the Southern and

Eastern Districts of New York allowing the admission Pro Hac Vice of:

| | |
|---|---|
| Applicant's Name: | Duke F. Wahlquist |
| Firm Name: | Rutan & Tucker, LLP |
| Address: | 611 Anton Boulevard, Suite 1400 |
| City/State/Zip: | Costa Mesa, California 92626-1931 |
| Telephone/Fax: | (714) 641-3404 |
| Email Address: | DWahlquist@rutan.com |

DUKE F. WAHLQUIST is a member in good standing of the Bar of the State of

California.

Dated: July 18, 2011
New York, New York

Respectfully submitted,

By: _____

Edward J. Stein, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
P: 212-278-1000
F: 212-278-1733
email: estein@andersonkill.com

Attorney for Defendant, Counter-Claimant, and
Cross-Complainant First Advantage Litigation
Consulting, LLC

ANDERSON KILL & OLICK, P.C.
EDWARD J. STEIN
JEFFREY E. GLEN
1251 Avenue of the Americas
New York, New York 10020
P: (212) 278-1000
F: (212) 278-1733

Attorneys for Defendant, Counter-Claimant,
and Cross-Complainant First Advantage
Litigation Consulting, LLC

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TUDOR INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>Defendant | Case No. 11CV3567 (LAK)<br>(Electronically Filed)<br><br>**DECLARATION OF EDWARD J. STEIN IN SUPPORT OF MOTION TO ADMIT DUKE F. WAHLQUIST PRO HAC VICE** |
| FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>Counter-Claimant and Cross-Complainant,<br><br>vs.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, TUDOR INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Counter-Claim Defendants | |

I, Edward J. Stein, hereby state and declare pursuant to the provisions of

28 U.S.C. § 1746 as follows:

1. I am a shareholder at the law firm of Anderson Kill & Olick, P.C., counsel to First Advantage Litigation Consulting, LLC ("First Advantage"). I am familiar with the proceedings in this case.

2. I am a member in good standing of the Bar of the State of New York and was admitted to practice law in 1989. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I make this declaration based on my personal knowledge of the facts set forth herein and in support of First Advantage's motion, pursuant to Local Civil Rule 1.3(c) of the Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an order admitting Duke F. Wahlquist to practice before this Court as First Advantage's counsel for all purposes in this action only.

4. Attached hereto as Exhibit A is the Certificate of Good Standing for Duke F. Wahlquist from the State of California. I have been advised that there are no pending disciplinary proceedings against Duke F. Wahlquist in any State or Federal court.

5. It is the desire of First Advantage to have Duke F. Wahlquist represent it in this action.

6. Attached hereto as Exhibit B is a proposed order granting the admission of Duke F. Wahlquist, Pro Hac Vice.

WHEREFORE, it is respectfully requested that the motion to admit Duke F. Wahlquist, Pro Hac Vice, to represent First Advantage in the above-captioned matter, be granted.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the

foregoing is true and correct.

Dated: July 18, 2011
New York, New York

Respectfully submitted,

By: _____

Edward J. Stein, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
P: 212-278-1000
F: 212-278-1733
email: estein@andersonkill.com

Attorney for Defendant, Counter-Claimant, and
Cross-Complainant First Advantage Litigation
Consulting, LLC

# CERTIFICATE OF STANDING

July 20, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DUKE FRANK WAHLQUIST, #117722 was admitted to the practice of law in this state by the Supreme Court of California on June 11, 1985; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

| |
|---|
| TUDOR INSURANCE COMPANY, |
|     Plaintiff, |
| |
|     vs. |
| |
| FIRST ADVANTAGE LITIGATION CONSULTING, LLC, |
|     Defendant |
| |
| FIRST ADVANTAGE LITIGATION CONSULTING, LLC, |
|     Counter-Claimant and Cross-Complainant, |
| |
|     vs. |
| |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, TUDOR INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY, |
|     Counter-Claim Defendants |

Case No. 11CV3567 (LAK)
(Electronically Filed)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN NOTICE**

Upon the motion of Edward J. Stein, attorney for Defendant, Counter-Claimant, and

Cross-Complainant First Advantage Litigation Consulting, LLC ("First Advantage") and

said sponsor attorney's affirmation in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Duke F. Wahlquist |
| Firm Name: | Rutan & Tucker, LLP |
| Address: | 611 Anton Boulevard, Suite 1400 |
| City/State/Zip: | Costa Mesa, California 92626-1931 |
| Telephone/Fax: | (714) 641-3404 |
| Email Address: | DWahlquist@rutan.com |

is admitted to practice pro hac vice as counsel for Defendant, Counter-Claimant, and Cross-Complainant First Advantage, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:     July __, 2011
           New York, New York

                                          _____
                                          Lewis A. Kaplan, U.S.D.J.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

TUDOR INSURANCE COMPANY,

Plaintiff,

vs.

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,

Defendant

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,

Counter-Claimant and
Cross-Complainant,

vs.

AMERICAN INTERNATIONAL
SPECIALTY LINES INSURANCE
COMPANY, FEDERAL INSURANCE
COMPANY, TUDOR INSURANCE
COMPANY, and ZURICH AMERICAN
INSURANCE COMPANY,

Counter-Claim
Defendants

Case No. 11CV3567 (LAK)
(Electronically Filed)

**AFFIDAVIT OF SERVICE**

   Donald Flynn, being duly sworn, deposes and says: Deponent is not a party to the action, is over 18 years of age and is employed by Anderson Kill & Olick, P.C., 1251 Avenue of the Americas, New York, NY 10020.

   On the 28th day of July, 2011, deponent served a true copy of the Notice of Motion to Admit Duke F. Wahlquist Pro Hac Vice, Declaration of Edward J. Stein, and Order for Admission Pro Hac Vice upon:

Ann Odelson, Esq.
CARROLL, MCNULTY & KULL LLC
570 Lexington Avenue, 8th Floor
New York, NY 10022
**Attorneys for Plaintiff Tudor
Insurance Company**

Margaret F. Catalano, Esq.
Thomas A. Jambor, Esq.
CARROLL, MCNULTY & KULL LLC
120 Mountain View Boulevard
Basking Ridge, NJ 07920
**Attorneys for Plaintiff Tudor
Insurance Company**

Judith F. Goodman, Esq.
Thomas J. Cirone, Esq.
GOODMAN & JACOBS LLP
75 Broad Street, 30th Floor
New York, NY 10004
**Attorneys for Counter-Claim**
**Defendant Federal Insurance**
**Company**

Todd R. David, Esq.
Alexander S. Lorenzo, Esq.
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
**Attorneys for Counter-Claim**
**Defendant American International**
**Specialty Lines Insurance Company**

Kevin T. Coughlin, Esq.
COUGHLIN DUFFY LLP
350 Mount Kemble Avenue
Morristown, New Jersey 07962-1917
**Attorneys for Counter-Claim**
**Defendant Zurich American**
**Insurance Company**

Kevin Mac Gillvray, Esq.
Coughlin Duffy LLP
88 Pine Street, 28th Floor
New York, NY 10005
**Attorneys for Counter-Claim**
**Defendant Zurich American**
**Insurance Company**

by causing true copies to be enclosed in a first class post paid envelope addressed at
the addresses listed above, and causing them to be deposited in an official depository
under the exclusive care and custody of the U.S. Postal Service within the State of New
York.

Donald Flynn
(Lic. No. 0989929)

Sworn to before me on this
28th day of July, 2011

Notary Public

**Melina Olivieri**
**Notary Public, State of New York**
**NO. 01OL6212487**
**Qualified in Bronx County**
**Certificate Filed in New York County**
**Commission Expires October 13, 20__13**