UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TUDOR INSURANCE COMPANY,

                Plaintiff,

v.

FIRST ADVANTAGE LITIGATION CONSULTING, LLC,

                Defendants.

---

FIRST ADVANTAGE LITIGATION CONSULTING, LLC,

                Counter-Claimant
                And Cross-Complainant

vs.

AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, TUDOR INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY,

                Counter-Claim Defendants.

---

Civil Action No.: 11 cv 3567 (LAK)

*ECF Case*

**NOTICE OF CROSS-MOTION**

---

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in support of this motion and in opposition to Defendant First Advantage Litigation Consulting, LLC's Motion to Dismiss, Stay or Transfer this Action, and upon the Declaration of Margaret F. Catalano, Esq. and the Sworn Declaration of Sheila O'Malley, Plaintiff Tudor Insurance Company moves for an Order enjoining Defendant First Advantage Litigation Consulting, LLC, from prosecuting a second, identical lawsuit filed on July 20, 2011 in the United States District

Court for the District of New Jersey under Docket No. 2:11-cv-04189.

                           Respectfully Submitted,

                           CARROLL, McNULTY & KULL LLC

                           _____
                           Margaret F. Catalano (*pro hac vice*)
                           Thomas A. Jambor (*pro hac vice*)
                           570 Lexington Avenue, 8th Floor
                           (646) 625-4000
                           Attorneys for Plaintiff Tudor Insurance Company

Dated: August 3, 2011