

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TUDOR INSURANCE COMPANY,<br>    Plaintiff,<br><br>vs.<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br>    Defendant<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br>    Counter-Claimant and<br>    Cross-Complainant,<br><br>vs.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, TUDOR INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY,<br>    Counter-Claim<br>    Defendants | Case No. 11CV3567 (LAK)<br>(Electronically Filed)<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON WRITTEN NOTICE**<br><br> |

Upon the motion of Edward J. Stein, attorney for Defendant, Counter-Claimant, and Cross-Complainant First Advantage Litigation Consulting, LLC ("First Advantage") and said sponsor attorney's affirmation in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Duke F. Wahlquist |
| Firm Name: | Rutan & Tucker, LLP |
| Address: | 611 Anton Boulevard, Suite 1400 |
| City/State/Zip: | Costa Mesa, California  92626-1931 |
| Telephone/Fax: | (714) 641-3404 |
| Email Address: | DWahlquist@rutan.com |

NYDOCS1-971461.2

is admitted to practice pro hac vice as counsel for Defendant, Counter-Claimant, and Cross-Complainant First Advantage, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: ~~July~~ August 9, 2011
New York, New York

_____
LAURA TAYLOR SWAIN, U.S.D.J
Part I