UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TUDOR INSURANCE COMPANY,<br>　　　　　Plaintiff,<br><br>vs.<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br>　　　　　Defendant<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br>　　　　　Counter-Claimant and<br>　　　　　Cross-Complainant,<br><br>vs.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, TUDOR INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY,<br>　　　　　Counter-Claim Defendants | Case No. 11CV3567 (LAK)<br>(Electronically Filed)<br><br> |

IT IS HEREBY STIPULATED by and between First Advantage Litigation Consulting, LLC ("First Advantage") and Tudor Insurance Company ("Tudor"), through their undersigned attorneys, that the time for First Advantage to file a reply memorandum in support of its Motion to Dismiss, Stay, or Transfer is extended through August 12, 2011.[1]

Dated:　　New York, New York
　　　　　August 9, 2011

---

[1] Tudor's opposition memorandum was originally filed on August 3, 2011 and then refiled on August 4, 2011.

NYDOCS1-972913.1

| | |
|---|---|
| CARROLL MCNULTY & KULL LLC | ANDERSON KILL & OLICK, PC |
| By: *Margaret J. Catalano* | By: *Edward J. Stein (AWP)* |
| Margaret F. Catalano (pro hac vice) | Edward J. Stein |
| Thomas A. Jambor (pro hac vice) | Jeffrey E. Glen |
| 570 Lexington Avenue, 8th Floor | 1251 Avenue of the Americas |
| New York, NY 10022 | New York, NY 10020 |
| (646) 625-4000 | (212) 278-1000 |
| Attorneys for Plaintiff and Counter-Claim Defendant Tudor Insurance Company | Attorneys for Defendant, Counter-Claimant, and Cross-Complainant First Advantage Litigation Consulting, LLC |

**SO ORDERED:**

*/s/ 8/11/11*

~~Hon. Lewis A. Kaplan~~, District Judge

*on*

LAURA TAYLOR SWAIN, U.S.D.J
Part I