

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TUDOR INSURANCE COMPANY,<br>Plaintiff,<br><br>vs.<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br>Defendant<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br>Counter-Claimant and Cross-Complainant,<br><br>vs.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, TUDOR INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY,<br>Counter-Claim Defendants | Case No. 11CV3567 (LAK)<br>(Electronically Filed) |

IT IS HEREBY STIPULATED by and between First Advantage Litigation Consulting, LLC ("First Advantage") and Zurich American Insurance Company ("Zurich"), through their undersigned attorneys, that the time for First Advantage to file a reply memorandum in support of its Motion to Dismiss, Stay, or Transfer is extended through August 17, 2011.

Dated: New York, New York
August 9, 2011

| | |
|---|---|
| COUGHLIN DUFFY LLP<br><br>By: _____<br>Kevin T. Coughlin<br>350 Mount Kemble Avenue<br>P.O. Box 1917<br>Morristown, NJ 07962<br>(973) 267-0058<br>Attorneys for Counter-Claim<br>Defendant Zurich American<br>Insurance Company | ANDERSON KILL & OLICK, PC<br><br>By: *Edwards J. Stein (AMP)*<br>Edward J. Stein<br>Jeffrey E. Glen<br>1251 Avenue of the Americas<br>New York, NY 10020<br>(212) 278-1000<br>Attorneys for Defendant, Counter-<br>Claimant, and Cross-Complainant<br>First Advantage Litigation Consulting, LLC |

**SO ORDERED:**

_____  8/11/11
~~Hon. Lewis A. Kaplan~~, District Judge

LAURA TAYLOR SWAIN, U.S.D.J
Part I