UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kevin T. Coughlin, Esq.
COUGHLIN DUFFY LLP
88 Pine Street, 28th Floor
New York, New York 10005
(212) 483-0105
*Attorneys for Counterclaim Defendant,*
*Zurich American Insurance Company*

| | |
|---|---|
| TUDOR INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>Defendant. | Civil Action No.: 1:11-cv-03567 (LAK)<br><br>Hon. Lewis A. Kaplan, U.S.D.J.<br><br>*Civil Action* |
| FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>Counterclaimant and Cross-Complainant,<br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, TUDOR INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Counterclaim Defendants. | **ANSWER TO CROSS-CLAIM OF FEDERAL INSURANCE COMPANY ON BEHALF OF COUNTERCLAIM DEFENDANT, ZURICH AMERICAN INSURANCE COMPANY**<br><br>*Document Filed Electronically* |

Counterclaim Defendant, Zurich American Insurance Company ("ZAIC"), as and for its Answer to the Cross-Claim of Counterclaim Defendant, Federal Insurance Company ("Federal"), alleges and says as follows:

1

## AS TO THE CROSS-CLAIM FOR DECLARATORY JUDGMENT

99. Upon information and belief, admitted.

100. ZAIC admits that Federal has denied any obligation to defend and indemnify First Advantage for the Underlying Action. However, ZAIC does not admit that Federal's position is correct.

101. Paragraph 101 does not set forth factual allegations and instead is a statement of the relief that Federal seeks, and therefore no answer is required.

## AFFIRMATIVE DEFENSES

ZAIC, as and for its Affirmative Defenses to Federal's Cross-Claim, incorporates by reference its Affirmative Defenses to First Advantage's Counterclaim.

**WHEREFORE**, ZAIC respectfully requests that the Court:

1. Dismiss Federal's Cross-Claim with prejudice;

2. Declare that ZAIC has no further duty to defend First Advantage in the Underlying Action;

3. Declare that ZAIC has no duty to indemnify First Advantage for any judgment, settlement, or damages with respect to the Underlying Action; and

4. Award ZAIC its attorneys' fees and costs incurred in this action and such other relief as the Court deems just and proper.

By:   */s/ Kevin T. Coughlin*
Kevin T. Coughlin
COUGHLIN DUFFY LLP
88 Pine Street, 28th Floor
New York, New York 10005
(212) 483-0105
*Attorneys for Counterclaim Defendant,*
*Zurich American Insurance Company*

Dated: September 6, 2011