UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
IN THE MATTER OF REASSIGNMENT

                                  NOTICE OF REASSIGNMENT

             OF

CASES TO HON. LEWIS A. KAPLAN

------------------------------------------------X

      The cases on the attached list are reassigned to the calendar of:

            HON. KATHERINE B. FORREST

      The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: November 4, 2011

                                      Ruby J. Krajick, CLERK

                                      Shante Jones
                      By: _____
                                    Deputy Clerk

cc: Attorneys of Record

Judge Kaplan to Judge Forrest

08cv10849

09cv2074

09cv10266

09cv10162

10cv1720

10cv3282

11cv2249

11cv3567

11cv4883

11cv5934

11cv6879

11cv7618