UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x
                             :

Plaintiff,  Tudor Insurance Company     :

    -v-                             :

Defendant.  First Advantage Litigation Consulting, et al.  :

                             :

--------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

11 cv 3567   ( KBF ) ( KNF )

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: ⌐2 2 NOV  2011¬

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes  when the District Judge is unavailable, the time period of the referral:_____

☒ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____ _____

_____

All such motions: ____ _____

*Do not check if already referred for general pretrial.

Dated  11/21/2011
_____

SO ORDERED:

K_ B. _____

United States District Judge