UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TUDOR INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>　　　　　Defendant. | Case No. 11CV3567 (LAK)<br>(Electronically Filed) |
| FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>　　　　　Counter-Claimant and Cross-Complainant,<br><br>vs.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, TUDOR INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　　　　Counter-Claim Defendants. | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted to practice in this Court, and I appear in this case as counsel for Defendant, Counter-Claimant, and Cross-Complainant, First Advantage Litigation Consulting, LLC.

Dated: December 12, 2011　　　　　ANDERSON KILL & OLICK

　　　　　　　　　　　　　　　　　By: /s/ Anna M. Piazza
　　　　　　　　　　　　　　　　　　　Anna M. Piazza
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant, Counter-
　　　　　　　　　　　　　　　　　　　Claimant and Cross-Complainant, First
　　　　　　　　　　　　　　　　　　　Advantage Litigation Consulting, LLC
　　　　　　　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　　(212) 278-1000
　　　　　　　　　　　　　　　　　　　(212) 278-1733