UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TUDOR INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>　　　　　Defendant.<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>　　　　　Counter-Claimant and<br>　　　　　Cross-Complainant,<br><br>　　v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, TUDOR INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　　　　Counter-Claim Defendants. | No.: 11-cv-3567-(LAK)<br>ECF Case |

## NOTICE OF APPEARANCE

　　　　I am admitted to practice before this Court and hereby enter my appearance as additional counsel of record for Plaintiff/Counter-Claim Defendant, Tudor Insurance Company, in this matter.

　　　　　　　　　　　　　　　　　　　By:　/s/ Jonathan A. Messier
　　　　　　　　　　　　　　　　　　　　　　Jonathan A. Messier, Esq. (JM2977)
　　　　　　　　　　　　　　　　　　　　　　Carroll, McNulty & Kull, L.L.C.
　　　　　　　　　　　　　　　　　　　　　　120 Mountain View Boulevard
　　　　　　　　　　　　　　　　　　　　　　Basking Ridge, NJ  07920

                                            T: (908) 848-6300
                                            F: (908) 848-6310
                                            jmessier@cmk.com
                                            Attorneys for Plaintiff/Counter-Claim
                                            Defendant Tudor Insurance Company

Dated:    December 15, 2011
             New York, New York

## **CERTIFICATION OF SERVICE**

This is to certify that on Thursday, December 15, 2011, a true and accurate copy of the above and foregoing was e-filed with the Court using the CM/ECF system, which sent notification to all parties entitled to service.

/s/ Jonathan A. Messier