UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TUDOR INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>  v.<br><br>FIRST ADVANTAGE LITIGATION<br>CONSULTING, LLC,<br><br>       Defendant.<br><br>FIRST ADVANTAGE LITIGATION<br>CONSULTING, LLC,<br><br>       Counter-Claimant and<br>       Cross-Complainant,<br><br>  v.<br><br>AMERICAN INTERNATIONAL<br>SPECIALTY LINES INSURANCE<br>COMPANY, FEDERAL INSURANCE<br>COMPANY, TUDOR INSURANCE<br>COMPANY, and ZURICH AMERICAN<br>INSURANCE COMPANY,<br><br>       Counter-Claim Defendants. | No.:  11-cv-3567-(KBF)<br>ECF Case<br>(electronically filed) |

**AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW THOMAS A. JAMBOR AS
ATTORNEY REPRESENTING PLAINTIFF TUDOR INSURANCE COMPANY**

| | | |
|---|---|---|
| STATE OF NEW JERSEY | ) | |
| | ) | ss: |
| COUNTY OF SOMERSET | ) | |

I, Thomas A. Jambor, of full age, being duly sworn depose and say as follows:

1. I am an attorney-at-law of the State of New Jersey and an associate with the law firm of

   Carroll McNulty & Kull LLC, attorneys for Plaintiff, Tudor Insurance Company

("Tudor") in the above-captioned matter. As such, I am fully familiar with the facts set forth herein.

2. Effective at the close of the business day on December 16, 2011, I will no longer be an associate with Carroll McNulty & Kull LLC.

3. Plaintiff Tudor Insurance Company consents to my withdrawal in this matter.

4. I will not be asserting a retaining or charging lien.

5. A copy of this motion to withdraw will be served upon Tudor Insurance Company.

6. Therefore, pursuant to Local Civil Rule 1.4, I hereby request an order, removing me as counsel for Tudor Insurance Company and removing me from the docket sheet in this matter.

WHEREFORE, Thomas A. Jambor respectfully requests that this Honorable Court remove him as counsel for Plaintiff Tudor Insurance Company in this matter by granting this Motion to Withdraw.

Respectfully submitted,

By: _____
Thomas A. Jambor, Esq.

Dated:    December 16, 2011
          Basking Ridge, New Jersey

Subscribed and sworn to before me, a notary public, on this 16th day of December, 2011.

_____
Notary Public

My Commission Expires:

JEAN A. SABIN
NOTARY PUBLIC OF NEW JERSEY
COMMISSION EXPIRES 10/1/2016

2