```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
Tudor Insurance Company Plaintiff(s),     :
                                          :      11 Civ. 3567 (KBF)
                                          :      11 Civ. 8923 (KBF)
           -v-                            :
                                          :           ORDER
First Advantage Litigation Consulting,    :
LLC, et al.              Defendant(s).    :
                                          :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 18, 2012

KATHERINE B. FORREST, District Judge:

    At the Status Conference held on 1/17/2012, the Court indicated that if the parties encounter any discovery disputes, including regarding the disclosure of any underwriting manuals, such disputes should be brought to the Court's attention at the earliest possible date. The Court's Civil Case Management Order of November 22, 2011, entered in the Tudor Insurance (11 Civ. 3567) matter, remains in effect and shall also apply in the First Advantage (11 Civ. 8923) action, subject to the following modification: Any motion(s) for summary judgment shall be served and filed on or before April 9, 2012. Any opposition(s) shall be served and filed on or before May 9, 2012, and any reply(ies) shall be served and filed on or before May 23, 2012. Each party shall submit, at most, one opening, one opposition and one reply. After the opening briefing, the parties shall confer and, if they agree it's necessary, jointly propose to the Court a reasonable page limit in excess of the regularly allotted 25 pages. The Court will then make an independent determination about what page limit to allow. The parties shall strive to make the briefing as comprehensible to the Court as possible, including by responding to arguments in the same order that they were raised and clearly identifying each of their respective positions (e.g. plaintiff, cross-claimant, counter-claimant) in the litigations. Each party shall also include with each brief a separate one-page sheet indicating each of the claims being asserted, or responded to, and the parties to which those claims relate (such sheet will not be counted toward the page limit).

To the extent feasible given the briefing schedule, the parties shall also coordinate their 56.1 Statements and Counterstatements, ideally submitting one joint Statement and Counterstatement. To the extent that a party's arguments apply to more than one claim or action, such party shall indicate that in its brief and need not repeat the arguments.

SO ORDERED:

Dated:   New York, New York
         January 18, 2012

*Katherine B. Forrest*
_____
KATHERINE B. FORREST
United States District Judge