UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COUGHLIN DUFFY LLP
350 Mt. Kemble Avenue
PO Box 1917
Morristown, NJ 07962
(973) 267-0058
*Attorneys for Counterclaim Defendant,*
*Zurich American Insurance Company*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 15 2012

| | |
|---|---|
| TUDOR INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>v.<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>              Defendant. | Civil Action No.: 1:11-cv-03567 (KBF)<br><br>Hon. Katherine B. Forrest, U.S.D.J.<br><br>*Civil Action* |
| FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>              Counterclaimant and Cross-Complainant,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, TUDOR INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY,<br><br>              Counterclaim Defendants. | **ORDER FOR ADMISSION**<br>**PRO HAC VICE** |

Upon the motion of Kevin MacGillivray, Esq., and said attorney's declaration in support;

IT IS HEREBY ORDERED that

Applicant's Name:    Kevin MacGillivray, Esq.

|                  |                                           |
|------------------|-------------------------------------------|
| Firm Name:       | Coughlin Duffy LLP                        |
| Address:         | 350 Mt. Kemble Ave., PO Box 1917          |
| City/State/Zip:  | Morristown, New Jersey 07962-1917         |
| Telephone/Fax:   | (973) 631-6021/(973) 267-6442             |
| Email Address:   | kmacgillivray@coughlinduffy.com           |

is admitted to practice Pro Hac Vice as counsel for Counterclaim Defendant Zurich American in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: February 14, 2012

The Clerk of the court is directed to close the motion at Dkt. No. 77.

_____
Katherine B. Forrest, U.S.D.J.