UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TUDOR INSURANCE COMPANY,

                       Plaintiff,

            -v-

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,

                       Defendant.
------------------------------------------------------------

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,

    Counterclaimant and Cross-Complainant,

           -v-

AMERICAN INTERNAL SPECIALTY LINES
INSURANCE COMPANY, et al.,

        Counterclaim Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 03 2012

11-Civ-3567 (KBF)

ORDER

11-Civ-8923 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

    As the Court's law clerk discussed with the parties on April 2, 2012, the Court grants the parties' joint request for a 21-day extension of the summary judgment briefing schedule set forth in the Court's January 18, 2012 order (Docket no. 76),[1] provided that the parties commit to submitting one Joint Rule 56.1 Statement that contains as many undisputed facts and relevant documents as possible, following a good faith coordination effort.

    To the extent that any party disagrees about certain, limited material facts, that party shall set forth its statement of the applicable facts in a separate section of the Joint Rule 56.1

---

[1] The Court accepts (to the extent provided herein) the specific dates set forth in the parties' joint letter: April 30, 2012 for the motions; May 30, 2012 for the oppositions; and June 13, 2012 for the replies.

Statement. Any such section(s) shall be filed as part of the <u>same document</u> as the Joint Rule 56.1 Statement.

If the parties believe that significant coordination of the Rule 56.1 Statement will not be feasible, then the Court grants only a <u>14-day</u> extension of the summary judgment briefing schedule.

The parties shall submit a joint pretrial order, and the accompanying materials set forth in the Court's Individual Practices, on or before <u>July 20, 2012</u>.

The trial date in this matter is adjourned until <u>August 6, 2012</u>.

Dated: New York, New York
April 3, 2012

_____
KATHERINE B. FORREST
United States District Judge

2