# ALSTON&BIRD LLP

90 Park Avenue
New York, NY 10016

212-210-9400
Fax: 212-922-3968
www.alston.com

Alexander S. Lorenzo                    Direct Dial: 212-210-9528              Email: alexander.lorenzo@alston.com

May 10, 2012

**VIA OVERNIGHT MAIL**

The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 530
New York, NY 10007

Re:   *Tudor Insurance Co. v. First Advantage Litigation Consulting, LLC*,
      Case No. 11-cv-3567 (S.D.N.Y.) (KBF) (KNF) (the "3567 Action"); and
      *First Advantage Litigation Consulting, LLC v. American International
      Specialty Lines Insurance Company, et al.*,
      Case No. 11-cv-8923 (S.D.N.Y.) (KBF) (KNF) (the "8923 Action")

Dear Judge Fox:

We represent Defendant American International Specialty Lines Insurance
Company n/k/a Chartis Specialty Insurance Company ("AISLIC") in the above-
referenced matters.

Pursuant to Paragraph 9 of the Court's Settlement Procedures, I write with the
consent of all parties to respectfully request an adjournment of the settlement conference
in the case captioned *Tudor Insurance Co. v. First Advantage Litigation Consulting, LLC*,
Case No. 11-cv-3567 (S.D.N.Y.) (KBF) (KNF), currently scheduled for Monday, May
21, 2012 at 10:30 am.[1]  Unfortunately, AISLIC is unavailable on May 21.  The parties
have conferred and, if the Court's schedule permits, are all available to reschedule the
settlement conference for either Wednesday, June 13, 2012 or Thursday, June 14, 2012.

---

[1]   Subsequent to the Order scheduling the settlement conference, the action
captioned *First Advantage Litigation Consulting, LLC v. American International
Specialty Lines Insurance Company, et al.*, Case No. 11-cv-8923 (S.D.N.Y.) (KBF)
(KNF), was transferred to the United States District Court for the Southern District of
New York and marked as related to the 3567 Action.  While no settlement conference has
been scheduled in the 8923 Action, Judge Forrest's briefing schedule for the pending
summary judgment motions consolidates the briefing for both cases and AISLIC expects
that the settlement conference will similarly encompass both cases.

---

Atlanta • Brussels • Charlotte • Dallas • Los Angeles • New York • Research Triangle • Silicon Valley • Ventura County • Washington, D.C.
Munich (Liaison Büro)

The Honorable Kevin Nathaniel Fox
May 10, 2012
Page 2

If the Court is not available on either of these dates, the parties will confer and provide additional dates.  This is the first request for an adjournment of the settlement conference.

The parties are available at the Court's convenience to answer any questions or provide any additional information that may be required.

Respectfully submitted,

Alexander S. Lorenzo

cc:   Counsel of Record (Via Electronic Mail)

5/31/12
The settlement conference referenced above is adjourned to June 25, 2012, at 10:30a.m.
SO ORDERED:
/Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.