UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert J. Kelly, Esq.
COUGHLIN DUFFY LLP
88 Pine Street, 28th Floor
New York, New York 10005
(212) 483-0105
*Attorneys for Counterclaim Defendant,*
*Zurich American Insurance Company*

| | |
|---|---|
| TUDOR INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>Defendant. | Civil Action No.: 1:11-cv-03567 (KBF)<br>Related Case: 1:11-cv-8923 (KBF)<br><br>Hon. Katherine B. Forrest, U.S.D.J.<br><br>*Civil Action* |
| FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br><br>Counterclaimant and Cross-Complainant,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, TUDOR INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Counterclaim Defendants. | **COUNTERCLAIM DEFENDANT ZURICH AMERICAN INSURANCE COMPANY'S REPLY STATEMENT OF FACTS PURSUANT TO LOCAL CIVIL RULE 56.1 IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

Counterclaim Defendant Zurich American Insurance Company ("Zurich") submits the following reply statement of undisputed material facts pursuant to Local Civil Rule 56.1 in further support of its motion for summary judgment:

1

1.     On three separate occasions during the underlying <u>NuWave</u> action – on summary judgment, on a motion for reconsideration, and at trial – the trial court denied First Advantage Litigation Consulting, LLC's request that the October 2002 BackTrack Report and the May 2004 BackTrack Report be dismissed from the lawsuit on statute of limitations grounds.  <u>See</u> Reply Declaration of Robert J. Kelly, Esq., Exhibit A, 64:2-68:22.

By:     s/Robert J. Kelly

Robert J. Kelly
COUGHLIN DUFFY LLP
88 Pine Street, 28th Floor
New York, New York 10005
(212) 483-0105
*Attorneys for Counterclaim Defendant,*
*Zurich American Insurance Company*

Dated:  June 13, 2012