**CMK CARROLL MCNULTY KULL LLC**
**COUNSELLORS AT LAW**

120 Mountain View Boulevard
Post Office Box 650
Basking Ridge, New Jersey 07920

908 848 6300 PHONE
908 848 6310 FAX

570 Lexington Avenue
8th Floor
New York, New York 10022

212 252 0004 PHONE
212 252 0444 FAX

MEMO ENDORSED



June 21, 2012

**VIA FACSIMILE**

Hon. Kevin Nathaniel Fox
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   **Tudor Insurance Co. v. First Advantage Litigation Consulting, LLC**
      Nos.: 1:11-cv-3567 and 1:11-cv-8923 in the United States District Court for the Southern District of New York

Dear Judge Fox:

We represent Plaintiff/Counterclaim Defendant, Tudor Insurance Company ("Tudor"), in the above-referenced actions. We write to request limited relief from Rule 3. of Your Honor's "Procedures Applicable to Cases Referred for Settlement to Magistrate Judge Kevin Nathaniel Fox."

An unforeseen personal matter has arisen with respect to a close relative of our client. The personal matter could preclude our client's in person attendance at the settlement conference scheduled for Monday, June 25, 2012 at 10:30 a.m. Therefore, we request limited relief from Rule 3. in the form of permission for our client to appear for the settlement conference by telephone pursuant to Rule 5, if such relief should become necessary.

6/21/12
Application granted.
Inasmuch as another party is participating in the conference via telephone, the parties must arrange for a conference call, with an operator, as contemplated by paragraph 5 of the Court's settlement conference procedures. SO ORDERED:
Kevin Nathaniel Fox, USMJ

Respectfully submitted,

CARROLL, McNULTY & KULL, L.L.C.

Margaret Catalano

Margaret F. Catalano

cc:   All Counsel of Record (via electronic mail)