UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TUDOR INSURANCE COMPANY,

                Plaintiff,

                              11-Civ-3567 (KBF)

      -v-

                              ORDER

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,

                Defendant.

-------------------------------------------------------------

FIRST ADVANTAGE LITIGATION
CONSULTING, LLC,

                              11-Civ-8923 (KBF)

   Counterclaimant and Cross-Complainant,

                              ORDER

      -v-

AMERICAN INTERNAL SPECIALTY LINES
INSURANCE COMPANY, et al.,

           Counterclaim Defendants.
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

      The Court hereby adjourns the July 20, 2012 joint pretrial order date and the August 6, 2012 trial date set forth in the Court's April 3, 2012 Order.

Dated: New York, New York
         June 29, 2012

                                                   KATHERINE B. FORREST
                                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 29 2012