USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TUDOR INSURANCE COMPANY,

                Plaintiff,              11 **CIVIL** 3567 (KBF)

  -against-                        **JUDGMENT**

FIRST ADVANTAGE LITIGATION CONSULTING, LLC,

                Defendants.

------------------------------------------------------------X

FIRST ADVANTAGE LITIGATION CONSULTING, LLC,

                Plaintiff,              11 **CIVIL** 8923 (KBF)

  -against-

AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY, et al.,

                Defendants.

------------------------------------------------------------X

The parties having cross-moved for summary judgment on various claims, counter-claims and cross-claims, and the matter having come before the Honorable Katherine B. Forrest, United States District Judge, and the Court, on August 21, 2012, having rendered its Memorandum and Order granting summary judgment for AISLIC, Zurich, Federal and Tudor and denying summary judgment for First Advantage, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 21, 2012, the Court grants summary judgment for AISLIC, Zurich, Federal and Tudor and denies summary judgment for First Advantage; accordingly, both cases are closed.

**Dated:** New York, New York
       August 23, 2012

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                             **BY:**    _____

                                                      **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____