UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TUDOR INSURANCE COMPANY,<br>　　　　　Plaintiff,<br><br>vs.<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br>　　　　　Defendant<br><br>FIRST ADVANTAGE LITIGATION CONSULTING, LLC,<br>　　　　　Counter-Claimant and<br>　　　　　Cross-Complainant,<br><br>vs.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, TUDOR INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY,<br>　　　　　Counter-Claim Defendants | Civil Action Nos.:<br><br>11-CV-3567 (KBF)<br>11-CV-8923 (KBF)<br><br><br><br><br><br><br><br>**NOTICE OF APPEAL** |

　　　　Notice is given that Defendant, Counter-Claimant, and Cross-Complainant First Advantage Litigation Consulting, LLC ("First Advantage") hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment entered in this case on August 23, 2012 [Case No. 11-3567 (D.E. 134), Case No. 11-8923 (D.E. 105)] denying its motion for summary judgment against American International Specialty Lines Insurance Company ("AISLIC") and granting summary judgment for AISLIC, Federal Insurance Company, and Zurich American Insurance Company (the "Judgment"), which was entered for the reasons set forth in the Memorandum and

nydocs1-995607.1

Order dated August 21, 2012 [Case No. 11-3567 (D.E. 133), Case No. 11-8923 (D.E. 104)]. First Advantage does not appeal that portion of the Judgment granting summary judgment to Plaintiff and Counter-Claim Defendant Tudor Insurance Company.

September 20, 2012

By: /s/ Edward J. Stein
Edward J. Stein, Esq.
Jeffrey Cohen, Esq.
Anna M. Piazza, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
P: (212) 278-1000
F: (212) 278-1733

*Attorneys for First Advantage Litigation Consulting, LLC*

### Certificate of Service

I hereby certify that, on September 20, 2012, the above document was filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record for the Insurance Companies:

- Ann Odelson, Esq.
- Jonathan A. Messier, Esq.
- Margaret F. Catalano, Esq.
- Alexander S. Lorenzo, Esq.
- Todd R. David, Esq.
- Judith F. Goodman, Esq.
- Thomas J. Cirone, Esq.
- Kevin T. Coughlin, Esq.
- Robert J. Kelly, Esq.
- Kevin MacGillivray, Esq.

/s/ Edward J. Stein
Edward J. Stein